AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIL

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>NIELSEN SPIRITS, INC. and ANGELA M. NIELSEN<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br><br>**15-cv-24022-MARTINEZ/GOODMAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NIELSEN SPIRITS, INC.
   By serving agent:
   Angela M. Nielsen
   2740 E. Friess Drive
   Phoenix, Arizona  85032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew S. Nelles, Esq., Broad and Cassel, 100 S.E. 3rd Avenue,
   Suite 2700, Ft. Lauderdale, FL  33394; 954 764 7060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  **10/27/2015**

*s/ Patrick Edwards*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN DISTRICT OF FLORIE

| | |
|---|---|
| EXXON MOBIL CORPORATION, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| NIELSEN SPIRITS, INC. and ANGELA M. NIELSEN, | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

## 15-cv-24022-MARTINEZ/GOODMAN

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANGELA M. NIELSEN
2740 E. Friess Drive
Phoenix, Arizona  85032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew S. Nelles, Esq., Broad and Cassel, 100 S.E. 3rd Avenue,
Suite 2700, Ft. Lauderdale, FL   33394; 954 764 7060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **10/27/2015**
_____

Steven M. Larimore
Clerk of Court

*s/ Patrick Edwards*
_____
Deputy Clerk
U.S. District Courts